## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:   MICHAEL KWIATKOWSKI** | **:** | **CHAPTER 13** |
| | **:** | |
| **Debtor** | **:** | **BANKRUPTCY NO. 19-13703** |

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK:

Kindly withdraw the above debtor's Motion to Extend the Automatic Stay and the Notice of Motion, Response Deadline, and Hearing Date, docket numbers 8 & 9, filed by YOUNG, MARR & ASSOCIATES as the matter was inadvertently scheduled for the wrong date & time.

/s/Paul H. Young
Paul H. Young, Esquire
Attorney for Debtor
3554 Hulmeville Road, Ste. 102
Bensalem, PA 19020

Date: June 25, 2019