St. Lukes Hospital  801 Ostrum Street  Bethlehem, PA 18015
Michael Kwiatkowski  250 Wagner Avenue  Hellertown, PA 18055

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Michael Kwiatkowski | St. Lukes Hospital | 19438 | 06/02/2019 | 06/15/2019 | 06/20/2019 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 1,148.80 | 9.42 | 136.22 | 40.94 | 962.22 |
| YTD | 17,873.11 | 122.46 | 2,232.35 | 566.04 | 14,952.26 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular (252) | 06/02/2019-06/15/2019 | 79 | 14.36 | 1,134.44 | 13,726.67 |
| Overtime (252) | | | | | 2,443.10 |
| Sick Time (252) | | | | | 229.76 |
| Holiday (252) | 06/09/2019-06/15/2019 | 1 | 14.36 | 14.36 | 566.64 |
| Holiday Premium (252) | | | | | 51.36 |
| Vacation (252) | | | | | 837.28 |
| Shift Differential 2 (252) | | | | | 18.30 |
| Earnings | | | | 1,148.80 | 17,873.11 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 70.64 | 1,100.54 |
| Medicare | 16.52 | 257.38 |
| Federal Withholding | 0.00 | 115.27 |
| State Tax - PA | 34.98 | 544.95 |
| SUI-Employee Paid - PA | 0.69 | 10.72 |
| City Tax - FNTNH | 11.39 | 177.49 |
| PA LST - FNTNH | 2.00 | 26.00 |
| Employee Taxes | 136.22 | 2,232.35 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Medical Priority Care | 2.50 | 32.50 |
| Vision | 3.92 | 50.96 |
| Dental | 3.00 | 39.00 |
| Pre Tax Deductions | 9.42 | 122.46 |

### Post Tax Deduction

| Description | Amount | YTD |
|---|---|---|
| Retail Pharmacy Homestar | 5.00 | 174.73 |
| Cafeteria - Bethlehem | 7.13 | 91.15 |
| Cafeteria - Coffee Kiosk | 19.90 | 91.65 |
| Prudential Accident | 3.47 | 45.11 |
| STD | 5.44 | 69.56 |
| Details Not Displayed | 0.00 | 93.84 |
| Post Tax Deduction | 40.94 | 566.04 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,139.38 | 17,750.65 |
| Medicare - Taxable Wages | 1,139.38 | 17,750.65 |
| Federal Withholding - Taxable Wages | 1,139.38 | 17,750.65 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 8 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******6728 | **** | | 962.22 | USD |

St. Lukes Hospital  801 Ostrum Street  Bethlehem, PA 18015
Michael Kwiatkowski  250 Wagner Avenue  Hellertown, PA 18055

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Michael Kwiatkowski | St. Lukes Hospital | | 19438 | 05/19/2019 | 06/01/2019 | 06/06/2019 | |

| | | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deduction | Net Pay |
|---|---|---|---|---|---|---|
| Current | | 1,148.80 | 9.42 | 136.21 | 47.10 | 956.07 |
| YTD | | 16,724.31 | 113.04 | 2,096.13 | 525.10 | 13,990.04 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular (252) | 05/19/2019-06/01/2019 | 72 | 14.36 | 1,033.92 | 12,592.23 |
| Overtime (252) | | | | | 2,443.10 |
| Sick Time (252) | | | | | 229.76 |
| Holiday (252) | 05/19/2019-06/01/2019 | 8 | 14.36 | 114.88 | 552.28 |
| Holiday Premium (252) | | | | | 51.36 |
| Vacation (252) | | | | | 837.28 |
| Shift Differential 2 (252) | | | | | 18.30 |
| Earnings | | | | 1,148.80 | 16,724.31 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 70.64 | 1,029.90 |
| Medicare | 16.52 | 240.86 |
| Federal Withholding | 0.00 | 115.27 |
| State Tax - PA | 34.98 | 509.97 |
| SUI-Employee Paid - PA | 0.68 | 10.03 |
| City Tax - FNTNH | 11.39 | 166.10 |
| PA LST - FNTNH | 2.00 | 24.00 |
| Employee Taxes | 136.21 | 2,096.13 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Medical Priority Care | 2.50 | 30.00 |
| Vision | 3.92 | 47.04 |
| Dental | 3.00 | 36.00 |
| Pre Tax Deductions | 9.42 | 113.04 |

### Post Tax Deduction

| Description | Amount | YTD |
|---|---|---|
| Retail Pharmacy Homestar | 12.73 | 169.73 |
| Cafeteria - Bethlehem | 12.72 | 84.02 |
| Cafeteria - Coffee Kiosk | 12.74 | 71.75 |
| Prudential Accident | 3.47 | 41.64 |
| STD | 5.44 | 64.12 |
| Details Not Displayed | 0.00 | 93.84 |
| Post Tax Deduction | 47.10 | 525.10 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,139.38 | 16,611.27 |
| Medicare - Taxable Wages | 1,139.38 | 16,611.27 |
| Federal Withholding - Taxable Wages | 1,139.38 | 16,611.27 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 8 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******6728 | **** | | 956.07 | USD |

St. Lukes Hospital  801 Ostrum Street  Bethlehem, PA 18015
Michael Kwiatkowski  250 Wagner Avenue  Hellertown, PA 18055

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Michael Kwiatkowski | St. Lukes Hospital | | | 19438 | 05/05/2019 | 05/18/2019 | 05/23/2019 | |
| | | | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deduction | | Net Pay |
| Current | | | 1,148.80 | 9.42 | 136.22 | 39.93 | | 963.23 |
| YTD | | | 15,575.51 | 103.62 | 1,959.92 | 478.00 | | 13,033.97 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Regular (252) | 05/05/2019-05/18/2019 | 63.5 | 14.36 | 911.86 | 11,558.31 | OASDI | 70.64 | 959.26 |
| Overtime (252) | | | | | 2,443.10 | Medicare | 16.52 | 224.34 |
| Sick Time (252) | 05/05/2019-05/18/2019 | 8 | 14.36 | 114.88 | 229.76 | Federal Withholding | 0.00 | 115.27 |
| Holiday (252) | | | | | 437.40 | State Tax - PA | 34.98 | 474.99 |
| Holiday Premium (252) | | | | | 51.36 | SUI-Employee Paid - PA | 0.69 | 9.35 |
| Vacation (252) | 05/05/2019-05/18/2019 | 8.5 | 14.36 | 122.06 | 837.28 | City Tax - FNTNH | 11.39 | 154.71 |
| Shift Differential 2 (252) | | | | | 18.30 | PA LST - FNTNH | 2.00 | 22.00 |
| Earnings | | | | 1,148.80 | 15,575.51 | Employee Taxes | 136.22 | 1,959.92 |

| Pre Tax Deductions | | | Post Tax Deduction | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Medical Priority Care | 2.50 | 27.50 | Retail Pharmacy Homestar | 17.16 | 157.00 |
| Vision | 3.92 | 43.12 | Cafeteria - Bethlehem | 2.53 | 71.30 |
| Dental | 3.00 | 33.00 | Cafeteria - Coffee Kiosk | 11.33 | 59.01 |
| | | | Prudential Accident | 3.47 | 38.17 |
| | | | STD | 5.44 | 58.68 |
| | | | Details Not Displayed | 0.00 | 93.84 |
| Pre Tax Deductions | 9.42 | 103.62 | Post Tax Deduction | 39.93 | 478.00 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 1,139.38 | 15,471.89 |
| Medicare - Taxable Wages | 1,139.38 | 15,471.89 |
| Federal Withholding - Taxable Wages | 1,139.38 | 15,471.89 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 8 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Payment Amount |
| Wells Fargo | Wells Fargo ******6728 | **** | | 963.23   USD |

St. Lukes Hospital  801 Ostrum Street  Bethlehem, PA 18015
Michael Kwiatkowski  250 Wagner Avenue  Hellertown, PA 18055

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Michael Kwiatkowski | St. Lukes Hospital | | 19438 | 04/21/2019 | 05/04/2019 | 05/09/2019 | |

| | | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deduction | Net Pay |
|---|---|---|---|---|---|---|
| Current | | 1,148.80 | 9.42 | 136.23 | 28.77 | 974.38 |
| YTD | | 14,426.71 | 94.20 | 1,823.70 | 438.07 | 12,070.74 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Regular (252) | 04/21/2019-05/04/2019 | 72 | 14.36 | 1,033.92 | 10,646.45 | OASDI | 70.65 | 888.62 |
| Overtime (252) | | | | | 2,443.10 | Medicare | 16.52 | 207.82 |
| Sick Time (252) | | | | | 114.88 | Federal Withholding | 0.00 | 115.27 |
| Holiday (252) | | | | | 437.40 | State Tax - PA | 34.98 | 440.01 |
| Holiday Premium (252) | | | | | 51.36 | SUI-Employee Paid - PA | 0.69 | 8.66 |
| Vacation (252) | 04/21/2019-05/04/2019 | 8 | 14.36 | 114.88 | 715.22 | City Tax - FNTNH | 11.39 | 143.32 |
| Shift Differential 2 (252) | | | | | 18.30 | PA LST - FNTNH | 2.00 | 20.00 |
| Earnings | | | | 1,148.80 | 14,426.71 | Employee Taxes | 136.23 | 1,823.70 |

| Pre Tax Deductions | | | Post Tax Deduction | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Medical Priority Care | 2.50 | 25.00 | Retail Pharmacy Homestar | 5.00 | 139.84 |
| Vision | 3.92 | 39.20 | Cafeteria - Bethlehem | 4.92 | 68.77 |
| Dental | 3.00 | 30.00 | Cafeteria - Coffee Kiosk | 9.94 | 47.68 |
| | | | Prudential Accident | 3.47 | 34.70 |
| | | | STD | 5.44 | 53.24 |
| | | | Details Not Displayed | 0.00 | 93.84 |
| Pre Tax Deductions | 9.42 | 94.20 | Post Tax Deduction | 28.77 | 438.07 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 1,139.38 | 14,332.51 |
| Medicare - Taxable Wages | 1,139.38 | 14,332.51 |
| Federal Withholding - Taxable Wages | 1,139.38 | 14,332.51 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 8 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Payment Amount |
| Wells Fargo | Wells Fargo ******6728 | **** | | 974.38  USD |

St. Lukes Hospital  801 Ostrum Street  Bethlehem, PA 18015
Michael Kwiatkowski  250 Wagner Avenue  Hellertown, PA 18055

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Michael Kwiatkowski | St. Lukes Hospital | | 19438 | 04/07/2019 | 04/20/2019 | 04/25/2019 | |
| | | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deduction | | Net Pay |
| Current | | 1,148.80 | 9.42 | 136.22 | 8.91 | | 994.25 |
| YTD | | 13,277.91 | 84.78 | 1,687.47 | 409.30 | | 11,096.36 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Regular (252) | 04/07/2019-04/20/2019 | 80 | 14.36 | 1,148.80 | 9,612.53 | OASDI | 70.64 | 817.97 |
| Overtime (252) | | | | | 2,443.10 | Medicare | 16.52 | 191.30 |
| Sick Time (252) | | | | | 114.88 | Federal Withholding | 0.00 | 115.27 |
| Holiday (252) | | | | | 437.40 | State Tax - PA | 34.98 | 405.03 |
| Holiday Premium (252) | | | | | 51.36 | SUI-Employee Paid - PA | 0.69 | 7.97 |
| Vacation (252) | | | | | 600.34 | City Tax - FNTNH | 11.39 | 131.93 |
| Shift Differential 2 (252) | | | | | 18.30 | PA LST - FNTNH | 2.00 | 18.00 |
| Earnings | | | | 1,148.80 | 13,277.91 | Employee Taxes | 136.22 | 1,687.47 |

| Pre Tax Deductions | | | Post Tax Deduction | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Medical Priority Care | 2.50 | 22.50 | Retail Pharmacy Homestar | | 134.84 |
| Vision | 3.92 | 35.28 | Cafeteria - Bethlehem | | 63.85 |
| Dental | 3.00 | 27.00 | Cafeteria - Coffee Kiosk | | 37.74 |
| | | | Prudential Accident | 3.47 | 31.23 |
| | | | STD | 5.44 | 47.80 |
| | | | Details Not Displayed | 0.00 | 93.84 |
| Pre Tax Deductions | 9.42 | 84.78 | Post Tax Deduction | 8.91 | 409.30 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 1,139.38 | 13,193.13 |
| Medicare - Taxable Wages | 1,139.38 | 13,193.13 |
| Federal Withholding - Taxable Wages | 1,139.38 | 13,193.13 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 8 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Payment Amount |
| Wells Fargo | Wells Fargo ******6728 | ******6728 | | 994.25 USD |

St. Lukes Hospital  801 Ostrum Street  Bethlehem, PA 18015
Michael Kwiatkowski  250 Wagner Avenue  Hellertown, PA 18055

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Michael Kwiatkowski | St. Lukes Hospital | | 19438 | 03/24/2019 | 04/06/2019 | 04/11/2019 | |
| | | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deduction | | Net Pay |
| Current | | 1,295.27 | 9.42 | 153.49 | 8.91 | | 1,123.45 |
| YTD | | 12,129.11 | 75.36 | 1,551.25 | 400.39 | | 10,102.11 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Regular (252) | 03/24/2019-04/06/2019 | 72 | 14.36 | 1,033.92 | 8,463.73 | OASDI | 79.72 | 747.33 |
| Overtime (252) | 03/31/2019-04/06/2019 | 6.8 | 21.54 | 146.47 | 2,443.10 | Medicare | 18.65 | 174.78 |
| Sick Time (252) | | | | | 114.88 | Federal Withholding | 0.00 | 115.27 |
| Holiday (252) | | | | | 437.40 | State Tax - PA | 39.48 | 370.05 |
| Holiday Premium (252) | | | | | 51.36 | SUI-Employee Paid - PA | 0.78 | 7.28 |
| Vacation (252) | 03/24/2019-04/06/2019 | 8 | 14.36 | 114.88 | 600.34 | City Tax - FNTNH | 12.86 | 120.54 |
| Shift Differential 2 (252) | | | | | 18.30 | PA LST - FNTNH | 2.00 | 16.00 |
| Earnings | | | | 1,295.27 | 12,129.11 | Employee Taxes | 153.49 | 1,551.25 |

| Pre Tax Deductions | | | Post Tax Deduction | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Medical Priority Care | 2.50 | 20.00 | Retail Pharmacy Homestar | | 134.84 |
| Vision | 3.92 | 31.36 | Cafeteria - Bethlehem | | 63.85 |
| Dental | 3.00 | 24.00 | Cafeteria - Coffee Kiosk | | 37.74 |
| | | | Prudential Accident | 3.47 | 27.76 |
| | | | STD | 5.44 | 42.36 |
| | | | Details Not Displayed | 0.00 | 93.84 |
| Pre Tax Deductions | 9.42 | 75.36 | Post Tax Deduction | 8.91 | 400.39 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 1,285.85 | 12,053.75 |
| Medicare - Taxable Wages | 1,285.85 | 12,053.75 |
| Federal Withholding - Taxable Wages | 1,285.85 | 12,053.75 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 8 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Payment Amount |
| Wells Fargo | Wells Fargo ******6728 | **** | | 1,123.45  USD |