UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :

MICHAEL KWIATKOWSKI

                                      : Chapter 13

        Debtor(s)             : Bankruptcy No. 19-13703AMC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Chapter 13 Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: September 5, 2019

_____
Ashely M. Chan,
U.S. Bankruptcy Judge