## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL KWIATKOWSKI : CHAPTER 13
:
Debtor(s) : BANKRUPTCY NO. 19-13703

### ORDER

AND NOW, this 12th day of Dec, 2019, upon consideration of Debtor's Motion to Reconsider the Dismissal of this Chapter 13 Case, it is hereby **ORDERED** and **DECREED** that the Order of Dismissal dated September 5, 2019 is hereby **VACATED** and the above case is **REOPENED.** The Automatic Stay of Proceedings SHALL remain in full force and effect until further Order of Court.

BY THE COURT:

_____
J.