United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-13703-amc
Michael Kwiatkowski                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Antoinett          Page 1 of 1          Date Rcvd: Dec 13, 2019
                              Form ID: pdf900          Total Noticed: 18

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2019.
db             +Michael Kwiatkowski,    250 Wagner Avenue,    Hellertown, PA 18055-1138
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14342459       +PNC BANK NATIONAL  ASSOCIATION c/o Rebecca A. Sola,    KML Law Group, P.C.,    701 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-1541
14372668       +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
14338834       +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
14338835       +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2019 02:56:09      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2019 02:56:38     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14338831        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 14 2019 02:59:49     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14338832       +E-mail/PDF: pa_dc_claims@navient.com Dec 14 2019 02:59:46     Navient,    Attn: Bankruptcy,
                 Po Box 9000,    Wiles-Barr, PA 18773-9000
14338833       +E-mail/PDF: pa_dc_claims@navient.com Dec 14 2019 02:59:22     Navient,    123 S Justison St,
                 Wilmington, DE 19801-5363
14364676       +E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Dec 14 2019 02:55:48
                 Navient Solutions, LLC on behalf of,    Ascendium Education Solutions, Inc.,    PO BOX 8961,
                 Madison, WI 53708-8961
14339180       +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2019 03:00:04     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14339597       +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2019 02:59:42     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2019 at the address(es) listed below:
              PAUL H. YOUNG    on behalf of Debtor Michael   Kwiatkowski support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION
               bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6
```

**U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  MICHAEL KWIATKOWSKI    :   CHAPTER 13
                                :
    Debtor(s)                   :   BANKRUPTCY NO. 19-13703

**ORDER**

AND NOW, this 12th day of Dec, 2019, upon consideration of Debtor's Motion to Reconsider the Dismissal of this Chapter 13 Case, it is hereby **ORDERED** and **DECREED** that the Order of Dismissal dated September 5, 2019 is hereby **VACATED** and the above case is **REOPENED.** The Automatic Stay of Proceedings SHALL remain in full force and effect until further Order of Court.

BY THE COURT:

_____
J.