UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| MICHAEL KWIATKOWSKI | Bankruptcy No.19-13703-AMC |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 26th day of December, 2019, by first class mail upon those listed below:

MICHAEL KWIATKOWSKI
250 WAGNER AVENUE
HELLERTOWN, PA  18055

**Electronically via CM/ECF System Only:**

YOUNG MARR  & ASSOCIATES
3554 HULMEVILLE ROAD
SUITE 102
BENSALEM, PA  19020

/s/ Deborah A. Earnshaw
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee