United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-13703-amc
Michael Kwiatkowski                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: BarbaraS         Page 1 of 1         Date Rcvd: Feb 05, 2020
                            Form ID: 167           Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2020.
```
db         +Michael Kwiatkowski,    250 Wagner Avenue,    Hellertown, PA 18055-1138
cr         +Federal Home Loan Mortgage Corp PNC Bank,    NewRez LLC dba Shellpoint Mortgage Serv,
             PO BOX 10826,    GREENVILLE, SC 29603-0826
14443759    Federal Home Loan Mortgage Corp,    NewRez LLC,    DBA Shellpoint Mortgage Servicing,
             P.O. Box 10826,    Greenville, SC 29603-0826
14342459   +PNC BANK NATIONAL  ASSOCIATION c/o Rebecca A. Sola,    KML Law Group, P.C.,    701 Market Street,
             Suite 5000,    Philadelphia, PA 19106-1541
14372668   +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
             Miamisburg, OH 45342-5421
14338834   +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
14338835   +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14338831      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 06 2020 04:01:22     LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14338832     +E-mail/PDF: pa_dc_claims@navient.com Feb 06 2020 04:01:16     Navient,    Attn: Bankruptcy,
               Po Box 9000,    Wiles-Barr, PA 18773-9000
14338833     +E-mail/PDF: pa_dc_claims@navient.com Feb 06 2020 04:03:32     Navient,    123 S Justison St,
               Wilmington, DE 19801-5363
14364676     +E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Feb 06 2020 03:57:42
               Navient Solutions, LLC on behalf of,    Ascendium Education Solutions, Inc.,    PO BOX 8961,
               Madison, WI 53708-8961
14339180     +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2020 04:05:40     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14339597     +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2020 04:03:23     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2020 at the address(es) listed below:
```
              PAUL H. YOUNG    on behalf of Debtor Michael  Kwiatkowski support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION
               bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Michael Kwiatkowski
    Debtor(s)

Case No: 19−13703−amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Hearing Rescheduled on Motion to Dismiss Case for Failure to Make Plan Payments, Motion to Dismiss Case; failure to appear Filed by SCOTT WATERMAN (Chapter 13) Represented by ROLANDO RAMOS−CARDONA (Counsel).

on: 2/27/20

at: 10:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date: 2/5/20

Timothy B. McGrath
Clerk of Court

34
Form 167