United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 19-13703-pmm
Michael Kwiatkowski                                                 Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4           User: PaulP              Page 1 of 1              Date Rcvd: May 27, 2020
                               Form ID: 160             Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 29, 2020.
```
db            +Michael Kwiatkowski,    250 Wagner Avenue,    Hellertown, PA 18055-1138
cr            +Federal Home Loan Mortgage Corp PNC Bank,    NewRez LLC dba Shellpoint Mortgage Serv,
               PO BOX 10826,    GREENVILLE, SC 29603-0826
14443759       Federal Home Loan Mortgage Corp,    NewRez LLC,    DBA Shellpoint Mortgage Servicing,
               P.O. Box 10826,    Greenville, SC 29603-0826
14342459      +PNC BANK NATIONAL  ASSOCIATION c/o Rebecca A. Sola,    KML Law Group, P.C.,   701 Market Street,
               Suite 5000,    Philadelphia, PA 19106-1541
14372668      +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
               Miamisburg, OH 45342-5421
14338834      +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
14338835      +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14338831       E-mail/PDF: resurgentbknotifications@resurgent.com May 28 2020 04:47:58     LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14338832      +E-mail/PDF: pa_dc_claims@navient.com May 28 2020 04:47:57     Navient,    Attn: Bankruptcy,
               Po Box 9000,    Wiles-Barr, PA 18773-9000
14338833      +E-mail/PDF: pa_dc_claims@navient.com May 28 2020 04:48:51     Navient,    123 S Justison St,
               Wilmington, DE 19801-5363
14364676      +E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org May 28 2020 04:42:00
               Navient Solutions, LLC on behalf of,    Ascendium Education Solutions, Inc.,    PO BOX 8961,
               Madison, WI 53708-8961
14339180      +E-mail/PDF: gecsedi@recoverycorp.com May 28 2020 04:47:53     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14339597      +E-mail/PDF: gecsedi@recoverycorp.com May 28 2020 04:48:18     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 6
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2020                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 27, 2020 at the address(es) listed below:
```
              PAUL H. YOUNG    on behalf of Debtor Michael  Kwiatkowski support@ymalaw.com,    ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION
               bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6
```

*UNITED STATESBANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Michael Kwiatkowski
    Debtor(s)

Case No: 19−13703−pmm

Chapter: 13

___

## NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Court,

    on: 7/2/20

    at: 10:00 AM

    in: 201 Penn Street, 4th Floor, Reading, PA 19601

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

    United States Bankruptcy Court
    Office of the Clerk, Gateway Building
    201 Penn Street, 1st Floor
    Reading, PA 19601

and serve counsel for the debtor at least 5 days before the above date.

Dated: 5/27/20

For The Court

Timothy B. McGrath
Clerk of Court