# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   MICHAEL KWIATKOWSKI | : | CHAPTER 13 |
| | : | |
| Debtor(s) | : | BANKRUPTCY NO. 19-13703 |

## ORDER

AND NOW, upon consideration of the Motion to Modify Chapter 13 Plan filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby ORDERED that the Motion is **GRANTED** and the Debtor's Third Amended Plan is **CONFIRMED**.

*/s/ Patricia M. Mayer*

**Date: January 21, 2021**                                  J.