## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Michael Kwiatkowski

                     Debtor(s)

NewRez Mortgage LLC d/b/a Shellpoint
Mortgage Servicing

            v.

Michael Kwiatkowski

           and

Scott Waterman

              Trustee

Chapter 13

NO. 19-13703 PMM

### ORDER

AND NOW, this 18th day of May, 2021 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on January 11, 2021  it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow NewRez Mortgage LLC d/b/a Shellpoint Mortgage Servicing and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 250 Wagner Avenue Hellertown, PA 18055.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_Patricia M. Mayer_

United States Bankruptcy Judge.

cc: See attached service list

Michael Kwiatkowski
250 Wagner Avenue
Hellertown, PA 18055

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Paul H. Young, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532