| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-13703-PMM**

MICHAEL KWIATKOWSKI
250 WAGNER AVENUE
HELLERTOWN  PA    18055

Petition Filed Date: 06/06/2019
341 Hearing Date: 08/13/2019
Confirmation Date: 11/12/2020

Case Status: Dismissed After Confirmation on 5/28/2021

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/09/2020 | $1,210.00 | | 05/01/2020 | $620.00 | | 05/08/2020 | $620.00 | |
| 07/09/2020 | $670.00 | | 09/18/2020 | $700.00 | | | | |

**Total Receipts for the Period:  $3,820.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $6,260.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | MICHAEL KWIATKOWSKI | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $2,750.00 | $2,750.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»»  001 | Unsecured Creditors | $10,763.23 | $0.00 | $10,763.23 |
| 2 | NAVIENT SOLUTIONS, LLC ON BEHALF OF<br>»»  002 | Unsecured Creditors | $5,843.32 | $0.00 | $5,843.32 |
| 3 | NEWREZ LLC  D/B/A<br>»»  003 | Mortgage Arrears | $31,953.46 | $2,907.79 | $29,045.67 |
| 4 | NAVIENT SOLUTIONS, LLC ON BEHALF OF<br>»»  004 | Unsecured Creditors | $5,956.54 | $0.00 | $5,956.54 |
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $500.00 | $0.00 | $500.00 |
| 5 | NEWREZ LLC  D/B/A<br>»»  03P | Mortgage Arrears | $17,393.26 | $0.00 | $17,393.26 |

**Chapter 13 Case No. 19-13703-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,260.00 | Current Monthly Payment: | $1,243.00 |
| Paid to Claims: | $5,657.79 | Arrearages: | $0.00 |
| Paid to Trustee: | $602.21 | Total Plan Base: | $58,466.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.